No. 3,188.—STATE EX REL. W. D. TIPTON, RELATOR, *v.* DISTRICT COURT OF THE EIGHTH JUDICIAL DISTRICT ET AL., RESPONDENTS.

Application for writ of *habeas corpus* and writ of *certiorari* in support thereof. After filing of return and answer, the matter was argued to the court by counsel for relator and cause submitted for judgment and decision. Subsequently counsel for the respective parties having entered into a stipulation to dismiss proceedings, it is hereby ordered that they be dismissed in accordance therewith.

*Messrs. Galen & Mettler,* for Relator.

*Messrs. Downing & Church,* and *Messrs. Cooper & Stephenson,* for Respondents.